**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 6:10cr30** |
| | § | |
| **ANTHONY QUINN STEWARD** | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

By order, the undersigned referred this matter to the Honorable John D. Love, United States
Magistrate Judge, at Tyler, Texas, for administration of a guilty plea under Rules 11 and 32 of the
Federal Rules of Criminal Procedure. Judge Love conducted a hearing in the form and manner
prescribed by Federal Rule of Criminal Procedure 11 and the Honorable John D. Love issued his
*Report and Recommendation of the United States Magistrate Judge* [Clerk's doc. #6]. The
Magistrate Judge recommended that the Court accept Defendant's guilty plea and conditionally
approve his plea agreement. He further recommended that the undersigned finally adjudge
Defendant as guilty on **Count One** of the **Information** against Defendant in this cause.

The parties have not objected to the magistrate judge's findings. The Court is of the opinion
that the *Report and Recommendation* should be accepted. It is accordingly **ORDERED** that the
*Report and Recommendation* [Clerk's doc. #6] of the United States Magistrate Judge is **ADOPTED.**

It is further **ORDERED** that the Defendant's guilty plea is accepted and approved by the Court. Further, the plea agreement is approved by the Court, conditioned upon a review of the presentence report. It is finally **ORDERED** that, pursuant to the Defendant's plea agreement, the Court finds the Defendant **GUILTY** of **Count One** of the **Information** in the above-numbered cause and enters a **JUDGMENT OF GUILTY** against the Defendant as to **Count One** of the **Information**.

 **SIGNED this 16th day of April, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE